IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                        No. C 12-3637 WHA (PR)

**ORDER OF DISMISSAL**

KAREN EUBANKS,

        Plaintiff.

                                       /

On July 11, 2012, plaintiff, a prisoner of the State of California, filed a letter complaining of conditions at her prison in Riverside County. That day, the clerk notified plaintiff that she had not filed a complaint, and that she had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if she did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. No response has been received. Accordingly, this case is **DISMISSED** without prejudice.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October   9  , 2012.

                                                                   WILLIAM ALSUP
                                                                   UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\EUBANKS3637.DFP.wpd